Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750

*Attorneys for Defendant The Guardian Life Insurance Company of America*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THERESA ENGLISH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | Case No.: 2:23-cv-00231-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>(First Request) |

　　　　Defendant The Guardian Life Insurance Company of America ("Guardian") and Plaintiff Theresa English ("Plaintiff"), by their undersigned counsel, hereby stipulate that Guardian may have an extension of 30 days—until April 17, 2023—to respond to Plaintiff's Complaint.

　　　　This is Guardian's first stipulation for an extension of time to respond to Plaintiff's Complaint.

　　　　Guardian needs additional time to compile its case file and forward it to the undersigned counsel.

　　　　The parties certify that this stipulation was done in good faith and not for the purposes of delay.

Respectfully submitted this 14th day of March, 2023.

| | |
|---|---|
| HATFIELD LAW ASSOCIATES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Trevor Hatfield<br>Trevor Hatfield<br>thatfield@hatfieldlawassociates.com<br>703 S. Eighth Street<br>Las Vegas, NV 89101<br>Telephone: 702-388-4469<br>Fax: 702-684-5147 | /s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom<br>kristina.holmstrom@ogletree.com<br>Esplanade Center III, Suite 800<br>2415 East Camelback Road<br>Phoenix, AZ  85016<br>Telephone:  602-778-3700<br>Fax:  602-778-3750 |
| /s/ Robert J. Rosati<br>Robert J. Rosati<br>robert@erisalg.com<br>6485 N. Palm Avenue, Suite 105<br>Fresno, CA 93704<br>Telephone: 559-478-4119<br>Fax: 559-478-5939 | *Attorneys for Defendant The Guardian Life Insurance Company of America* |
| *Attorneys for Plaintiff Theresa English* | |

IT IS SO ORDERED:

DATED: March 14, 2023

_____
UNITED STATES MAGISTRATE JUDGE