TREVOR HATFIELD, Nevada State Bar #7373
thatfield@hatfieldlawassociates.com
Hatfield Law Associates
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Telefax: (702) 684-5147

ROBERT J. ROSATI, California State Bar #112006
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939
*Pro Hac Vice application pending*

*Attorneys for Plaintiff,*
*THERESA ENGLISH*

Kristina N. Holmstrom, SBN 10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Facsimile: 702-369-6888
*Attorneys for Defendant The Guardian Life Insurance Company of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| THERESA ENGLISH, | CASE NO.: 2:23-cv-00231-CDS-EJY |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION REGARDING SETTLEMENT AND [PROPOSED] SCHEDULING ORDER** |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff THERESA ENGLISH ("Plaintiff" or "English") and Defendant THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA ("The Guardian"), by and through their counsel of record hereby submit this Stipulation Regarding Settlement and (Proposed)

**JOINT STIPULATION REGARDING SETTLEMENT AND [PROPOSED] SCHEDULING ORDER**

Scheduling Order, and hereby respectfully request that the Court (1) approve this joint stipulation notifying the Court of the parties' settlement in principle; and (2) enter the Proposed Order vacating the remaining deadlines and entering a schedule for briefs through which the Court will decide Plaintiff's entitlement to attorney fees and costs related to the parties' pending settlement, if that is necessary.

The parties jointly stipulate to the following:

1. This lawsuit involves claims for relief under ERISA Section 502(a)(1) and (3), 29 U.S.C. § 1132(a)(1) and (3). Plaintiff seeks relief related to the termination of her claim for long-term disability ("LTD") benefits through her participation in an employee welfare benefit plan and related claims.

2. The parties have agreed to settle the case in principle subject to execution of a settlement agreement and to negotiate and agree upon fees and costs to be paid to Plaintiff's attorney by Defendant The Guardian.

3. To arrive at a final settlement and resolution of this matter, the parties have agreed, pending Court approval, if negotiations between the parties cannot resolve that issue to allow the Court to decide the issue of the amount of fees and costs to be paid by The Guardian to Plaintiff's attorney, based on briefs that the parties will submit.

4. The parties have agreed to vacate the currently scheduled deadlines, as set forth in the accompanying Proposed Order.

5. The parties have agreed to a schedule for the submission of briefs related to the possible remaining issue of the amount of attorney's fees and costs, if they cannot agree upon the amount of fees and costs to be paid by The Guardian to Plaintiff's attorney.

6. Accordingly, the parties agree and jointly request that the Court enter the accompanying Proposed Order vacating the currently scheduled deadlines in this matter and setting a schedule for the submission of briefs to the Court for the Court to decide the amount of attorney's fees and costs to be paid by The Guardian to Plaintiff's attorney, if necessary.

/ / /

/ / /

DATED: September 28, 2023    /s/ Robert J. Rosati
Robert J. Rosati, CA SBN # 112006
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone:    559.478.4199
Facsimile:    559.478.5939
*Pro Hac Vice*

Attorney for Plaintiff,
*Theresa English*

DATED: September 28, 2023    /s/ *Trevor Hatfield*
Trevor Hatfield, Nevada SBN #7373
thatfield@hatfieldlawassociates.com
Hatfield Law Associates
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Telefax: (702) 684-5147
Attorneys for Plaintiff,
*Theresa English*

DATED: September 28, 2023    /s/ *Kristina N. Holmstrom*
Kristina N. Holmstrom, CA SBN # 10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Facsimile: 702-369-6888
Attorneys for Defendant *The Guardian Life Insurance Company of America*

## [PROPOSED] ORDER

Pursuant to the parties' Joint Stipulation Notifying Court of Settlement in Principle and [Proposed] Order Establishing a Briefing Schedule for the Court To Decide Plaintiff's Entitlement to Attorney Fees and costs,

**IT IS HEREBY ORDERED:**

1. The currently scheduled deadlines in this matter are hereby vacated.

2. Should the parties be unable to reach an agreement regarding attorney's fees and costs to be paid by The Guardian to Plaintiff's attorney, the parties will submit briefs to the Court for the Court to decide the amount of attorney fees and costs Plaintiff's attorney is to be paid by Defendant Guardian as follows:

a. Plaintiff shall submit her initial brief with supporting evidence no later than October 21, 2023.

b. Defendants shall submit their response no later than November 14, 2023.

c. Plaintiff shall submit any reply brief no later than November 21, 2023.

**IT IS SO ORDERED.**

Dated: September 28, 2023.

_____
**HONORABLE ELAYNA Y. YOUCHAH**
**UNITED STATES MAGISTRATE JUDGE**