1  TREVOR HATFIELD, Nevada State Bar #7373
   thatfield@hatfieldlawassociates.com
2  Hatfield Law Associates
   703 S. Eighth Street
3  Las Vegas, NV 89101
   Telephone: (702) 388-4469
4  Telefax: (702) 684-5147

5  ROBERT J. ROSATI, California State Bar #112006
   robert@erisalg.com
6  6485 N. Palm Avenue, Suite 105
   Fresno, California 93704
7  Telephone: 559-478-4119
   Telefax: 559-478-5939
8  *Pro Hac Vice application pending*

9  *Attorneys for Plaintiff,*
   *THERESA ENGLISH*
10

11 Kristina N. Holmstrom, SBN 10086
   kristina.holmstrom@ogletree.com
12 OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
13 10801 W. Charleston Blvd., Suite 500
   Las Vegas, NV 89135
14 Telephone: 702-369-6800
   Facsimile: 702-369-6888
15 *Attorneys for Defendant The Guardian Life Insurance*
   *Company of America*
16

17                    **UNITED STATES DISTRICT COURT**

18                         **DISTRICT OF NEVADA**

19 THERESA ENGLISH,                    | CASE NO.: 2:23-cv-00231-CDS-EJY

20               Plaintiff

21 vs.                                 | **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

22 THE GUARDIAN LIFE INSURANCE
   COMPANY OF AMERICA,
23
               Defendant
24

25

26        Plaintiff THERESA ENGLISH ("Plaintiff" or "English") and Defendant THE

27 GUARDIAN LIFE INSURANCE COMPANY OF AMERICA ("The Guardian"), by and through

28 their counsel of record hereby stipulate and agree that this matter may be dismissed in its entirety

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

without prejudice. Each party to bear their own attorney fees and costs.

DATED: July 1, 2024

*/s/ Robert J. Rosati*
Robert J. Rosati, CA SBN # 112006
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone:     (559) 478-4199
Facsimile:     (559) 478-5939
*Pro Hac Vice*

Attorney for Plaintiff,
*Theresa English*

DATED: July 1, 2024

/s/ *Trevor Hatfield*
Trevor Hatfield, Nevada SBN #7373
thatfield@hatfieldlawassociates.com
Hatfield Law Associates
703 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 388-4469
Telefax: (702) 684-5147
Attorneys for Plaintiff,
*Theresa English*

DATED: July 1, 2024

*/s/ Kristina N. Holmstrom*
Kristina N. Holmstrom, CA SBN # 10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: (702) 369-6800
Facsimile: (702) 369-6888
Attorneys for Defendant *The Guardian Life Insurance Company of America*

## ORDER

Based on the parties' joint stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: July 2, 2024

_____
Cristina D. Silva
United States District Judge

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**